UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO.: 13-05032-3G3

PATRICIA H. BRUNER
a/k/a PATRICIA M. BRUNER,

    Debtor.
_____/

**MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION**

The debtor, PATRICIA H. BRUNER a/k/a PATRICIA M. BRUNER, requests entry of an order referring the debtor and CAMPUS USA CREDIT UNION to mortgage modification mediation, and in support states:

1.    The debtor filed this Chapter 13 case in an attempt to retain her residential property.

2.    The debtor would like to modify the terms of the mortgage encumbering her residential property. The debtor's income will allow her to contribute as much as 31 percent of her current gross income to payment of her modified mortgage debt.

3.    Mediation will assist the parties in negotiation of a modification of the relevant mortgage.

4.    Debtor will pay the $350.00 mediation cost to her Attorney prior to attending any scheduled mediation.

Wherefore, debtor requests the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

Dated this 18th day of September, 2013.

J. HERBERT WILLIAMS, P.A.


BY:    /s/  J. HERBERT WILLIAMS
         J. HERBERT WILLIAMS
         702 S. MAGNOLIA AVENUE
         SUITE 2
         OCALA, FLORIDA  34471-0987
         (352) 629-6000
         FAX (352) 387-1694
         Florida Bar No. 0604471
         Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2013, a true and correct copy of the foregoing Motion for Referral to Mortgage Modification Mediation has been furnished by U.S. Mail First Class Service to:

Campus USA Credit Union
Admin Offices & Mortgage Dept.
14007 NW 1st Road
Jonesville, FL 32669
(Regular place of business)

Michael A. Nardella, Esq.
BURR & FOREMAN, LLP
a/f Campus USA Credit Union
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
(Creditor's Attorney in State Court and Bankruptcy Court actions)

Patricia H. Bruner
1847 NE 126th Lane
Anthony, FL 32617
(Debtor at her usual place of abode)

Douglas W. Neway
Chapter 13 Trustee
P.O. Box 4308
Jacksonville, FL 32201

Office of the United States Trustee
400 W. Washington Street, Suite 1100
Orlando, FL 32801 BURR & FOREMAN, Attorney for Plaintiff, 200 S. Orange Avenue, Suite 800, Orlando, FL 32801

J. HERBERT WILLIAMS, P.A.


BY:   /s/ J. HERBERT WILLIAMS
      J. HERBERT WILLIAMS
      702 S. MAGNOLIA AVENUE
      SUITE 2
      OCALA, FLORIDA  34471-0987
      (352) 629-6000
      FAX (352) 387-1694
      Florida Bar No. 0604471
      Attorney for Debtor