UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

                CASE NO.: 13-05032-3G3

PATRICIA BRUNER
a/k/a PATRICIA M. BRUNER
a/k/a PATRICIA H. BRUNER,

    Debtor.
_____/

### DEBTOR'S AMENDED PLAN UNDER CHAPTER 13

    The Debtor, PATRICIA BRUNER a/k/a PATRICIA M. BRUNER a/k/a PATRICIA H. BRUNER, hereby submits the following Amended Chapter 13 Plan:

    The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and the Debtors shall pay to the Trustee the sum of $1,188.00 per month for months 1 through 6 and $2,083.00 per month for months 7 through 60. The fees and expenses of the **Trustee** shall be paid over the life of the plan at the rate of 10% of the amount of all payments under the Plan.

    From the payments so received, the Trustee shall make disbursements as follows:

1)     **J. HERBERT WILLIAMS, ATTORNEY FOR DEBTOR**
    J. Herbert Williams, attorney for Debtors has a claim for attorney fees in the amount of $1,500.00:

Monthly payment:
Plan months:   1 -14         Amount:  $104.00
Plan month:    15           Amount:  $44.00

2)     **INTERNAL REVENUE SERVICE**
    Internal Revenue Service has a priority claim for income taxes for the tax year 2010 in the amount of $828.63.

Monthly payment:
Plan month:    15          Amount:  $60.00
Plan months:  16 - 25      Amount:  $75.00
Plan month:    26           Amount:  $18.63

3)     **CAMPUS USA CREDIT UNION**
        **ACCT. #:...-0543**
Total Claim in the amount of approximately $164,211.42. This creditor is owed an arrearage of $42,227.60. Debtor will de-accelerate the note and mortgage and reinstate them on the terms set forth herein.

Regular monthly payment:
Plan month:                    Amount: $965.00
(Per terms of promissory note)

Monthly arrearage payment:
Plan month:   8              Amount: $335.36
Plan months: 9 - 60         Amount: $805.62

4)   **TAX COLLECTOR OF MARION COUNTY**
     **PARCEL I.D. #R 08410-002-02**
Total Claim for 2013 property taxes in the amount of $1,275.63.

Monthly payment:
Plan month:   7              Amount: $805.62
Plan month:   8              Amount: $470.01

5)   **DISTRIBUTION TO UNSECURED CREDITORS:**
     After payment of claims listed above the Trustee shall distribute all remaining sums pro rata among those unsecured creditors whose claims are timely filed and allowed, including secured creditors who have deficiency claims or whose liens have been avoided. Where collateral is being surrendered in full satisfaction of the claim the trustee will make no distribution on the creditor's claim.

6)   **POST-PETITION CLAIMS** allowed under 11 U.S.C. §1305 shall be paid in full in equal monthly installments, which installments commence on the date of the allowance of said claim and conclude on the last payment under the Plan.

7)   **OTHER PROVISIONS**

     A.   To satisfy the requirements of Section 365 of the Bankruptcy Code, debtor expressly assumes all of his/her leases and executory contracts in which he/she is now a party and no lease or executory contract entered into by debtor is being rejected. Payments to lessors will be paid directly and there shall be no reduction in the Chapter 13 plan payment for these direct payments.

     B.   Title to all property of the estate shall revest in the Debtor upon confirmation of this plan.

     C.   All creditors shall retain their liens to the extent permitted by 11 U.S.C. Section 506(d).

     D.   Any claims filed after the claims bar date shall receive no distribution under this Plan unless specifically provided for above or unless debtor files the same on behalf of a creditor.

     E.   Upon confirmation of this plan by the Court, the debtor will be deemed to have complied with all his/her required duties to provide or file all of the information required under 11 U.S.C. Section 521 subsections (a)(1), (b), (c), (e) and (i).

F. Confirmation of the plan shall impose an affirmative duty on the holders and/or the servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtor to do all of the following:

1. To apply the payments received from the trustee on the prepetition arrearages, if any, only to such arrearages. For the purposes of this plan, the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this case.

2. To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default or defaults.

3. To apply the direct post-petition monthly mortgage payments paid by the trustee or by the Debtor to the month in which each payment was designated to be made under the plan or directly by the Debtor, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance or similar account.

4. Any post-petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the Debtor's completion of the plan, unless specifically provided for in the confirmation order, or by further order of the Court on motion filed prior to completion of the plan.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2014, a true and correct copy of the Amended Chapter 13 Plan has been furnished by United States Mail via First Class Service and/or electronic delivery through CM/ECF noticing to: U.S. Assistant Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801; Douglas W. Neway, Trustee, P.O. Box 4308, Jacksonville, FL 32201-4308; and to all other creditors and interested parties on the mailing matrix which is attached hereto.

J. HERBERT WILLIAMS, P.A.

BY: /s/ J. HERBERT WILLIAMS
J. HERBERT WILLIAMS
702 S. MAGNOLIA AVENUE
SUITE 2
OCALA, FLORIDA 34471-0987
(352) 629-6000
FAX (352) 387-1694
Florida Bar No. 0604471
Attorney for Debtor

```
Label Matrix for local noticing          Patricia H. Bruner                    Campus USA Credit Union
113A-3                                   1847 NE 126th Lane                    c/o Michael A. Nardella, Esq.
Case 3:13-bk-05032-PMG                   Anthony, FL 32617-2661                Burr & Forman LLP
Middle District of Florida                                                     200 S. Orange Ave.
Jacksonville                                                                   #800
Mon Feb 10 10:17:41 EST 2014                                                   Orlando, FL 32801-6404

Advanced Dermatology                     (p)SPRINGLEAF FINANCIAL SERVICES      Burr & Forman, LLP
120 NW 76th Drive                        P O BOX 3251                          200 S. Orange Ave, Ste 800
Gainesville, FL 32607-6652               EVANSVILLE IN 47731-3251              Orlando, FL 32801-6404


Campus USA Credit Union                  Campus USA Credit Union               Cardiology Assocs of Gaines.
14007 NW 1st Rd                          P.O. Box 147029                       4645 NW 8th Avenue
Jonesville, FL 32669-2452                Gainesville, FL 32614-7029            Gainesville, FL 32605-4524


Century Link                             Century Link                          Convergent Outsourcing
3101 SW 34th Avenue                      P.O. Box 96064                        P.O. Box 9004
Ocala, FL 34474-8473                     Charlotte, NC 28296-0064              Renton, WA 98057-9004


Credit Collections USA                   Doctors Imaging Group                 Dr. Willliam Storoe
256 Greenbag Rd                          P.O. Box 147026                       3500 SW 2nd Avenue #2
Suite 1                                  Gainesville, FL 32614-7026            Gainesville, FL 32607-2864
Morgantown, WV 26501-7158


Dynamic Recovery Solutions               Fidelity Properties                   (p)FINANCIAL CREDIT SERVICES
P.O. Box 25759                           220 E Main Street                     PO BOX 90
Greenville, SC 29616-0759                Alliance, OH 44601-2423               CLEARWATER FL 33757-0090


Florida Dept. of Revenue                 Gainesville Outpatient                Hughes Net
Bankruptcy Unit                          9326 SW 53rd Lane                     11717 Exploration Lane
P.O. Box 6668                            Gainesville, FL 32608-4323            Germantown, MD 20876-2711
Tallahassee, FL 32314-6668


INTERNATIONAL COLLECTION SERVICES        Internal Revenue Service              Invision N FL Output Imaging
c o Jefferson Capital Systems LLC        P.O. Box 7346                         6605 NW 9th Blvd
PO BOX 7999                              Philadelphia, PA 19101-7346           Gainesville, FL 32605-4206
SAINT CLOUD MN 56302-7999


LVNV Funding, LLC its successors and assigns   Marion County Tax Collector     Orthopadaedic Inst
assignee of OSI                          P.O. Box 970                          P.O. Box 13476
Resurgent Capital Services               Ocala FL 34478-0970                   Gainesville, FL 32604-1476
PO Box 10587
Greenville, SC 29603-0587


Rjm Acquisitions Funding Llc             United States Attorney                Robert B Branson +
575 Underhill Blvd, Suite 224            300 North Hogan St Suite 700          BransonLaw PLLC
Syosset, NY 11791-4437                   Jacksonville, FL 32202-4204           1501 E. Concord Street
                                                                               Orlando, FL 32803-5411
```

```
J Herbert Williams +                United States Trustee - JAX 13/7 7+        Douglas W. Neway +
702 South Magnolia Avenue           Office of the United States Trustee        P O Box 4308
Suite 2                             George C Young Federal Building            Jacksonville, FL 32201-4308
Ocala, FL 34471-0987                400 West Washington Street, Suite 1100
                                    Orlando, FL 32801-2217


Michael Nardella +                  Note: Entries with a '+' at the end of the
Burr & Forman, LLP                  name have an email address on file in CMECF
200 S. Orange Avenue
Suite 800
Orlando, FL 32801-6404
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American General                    Financial Credit Services
1121 NW 76th Blvd                   P.O. Box 90
Gainesville, FL 32606               Clearwater, FL 33757
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Paul M. Glenn                    (d)Internal Revenue Service                (d)Douglas W. Neway +
Jacksonville                        PO Box 7346                                P O Box 4308
                                    Philadelphia, PA  19101-7346               Jacksonville, FL 32201-4308
```

```
End of Label Matrix
Mailable recipients     34
Bypassed recipients      3
Total                   37
```