UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Patricia H. Bruner,

        Debtor.
_____/

Case No.3:13-bk-05032-PMG
Chapter 13

**ORDER GRANTING CAMPUS USA CREDIT UNION'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This cause came on for consideration on the Motion for Relief from Automatic Stay (Doc. No. 28) ("Motion") filed by Campus USA Credit Union. The Motion was served by negative notice and no appropriate response was timely filed pursuant to Local Rule 2002-4. Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Campus USA Credit Union's interest in certain real property located in Marion County, Florida with a street address as 1847 NE 126 Lane, Anthony, Florida 32617, and more particularly described as:

> Lot 2, Block B, Sheri Oaks, according to the Plat thereof, recorded in Plat Book "W", Page 45, Public Records of Marion County, Florida.

3. This Order Granting Relief from Stay is entered for the sole purpose of allowing movant to obtain an in rem judgment against the property, and the movant shall not seek an in personam relief against the Debtor.

4. The fourteen (14) day stay of this Order pursuant to Federal Rule of Bankruptcy

20449754 v1

Procedure 4001(a)(3) is hereby waived.

      DONE and ORDERED in Jacksonville, Florida, this 28th day of February, 2014

_____
Paul M. Glenn
United States Bankruptcy Judge

Michael A. Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.