[3236] [Order Converting Case to Chapter 7–Estab Bar Dates]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                           Case No. 3:13−bk−05032−PMG
                                                 Chapter 7

Patricia H. Bruner
aka Patricia M. Bruner
aka Patricia Bruner

           Debtor(s)           /

ORDER CONVERTING CASE TO CHAPTER 7 AND ESTABLISHING BAR DATES; AND NOTICE BY THE CLERK OF MEETING OF CREDITORS AND APPOINTMENT OF TRUSTEE

   A hearing was held March 11, 2014 , upon notice to all creditors, at which the Court deemed it in the best interest of creditors and the estate that this case be converted. It is

   ORDERED as follows:

   1. This case is converted to Chapter 7.

   2. Douglas W. Neway, Trustee and his surety are discharged except as to liability incurred before this Order. The Trustee shall refund all funds on hand, if any, to the debtor subject to the Trustee's percentage fee, unless otherwise ordered by the court.

   DONE and ORDERED in Jacksonville, Florida, this 14th day of March, 2014

                                                 Paul M. Glenn
                                                 United States Bankruptcy Judge

*NOTICE IS GIVEN OF THE FOLLOWING:*

1. The U. S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C § 341, for April 24, 2014 at, 8:30 a.m. at 300 North Hogan Street Suite 1–200, Jacksonville, Florida 32202, at which the debtor and the attorney of record shall appear in person. The 341 meeting may be adjourned from time to time without further written notice.

2. . The U. S. Trustee has appointed Gregory L. Atwater whose address is P.O. Box 1865, Orange Park, FL 32067 as the Chapter 7 Trustee.

3. The trustee in the superseded Chapter 13 case shall, within thirty (30) days of the entry of this notice, file a full report and account.

4. June 23, 2014 is fixed as the last day for filing of a complaint objecting to the discharge of the debtor(s) or seeking an exception to discharge under 11 U.S.C. § 523(a) (2), (4), or (6). If no such complaint is timely filed, the discharge will be granted and will encompass all otherwise non–dischargeable debts.

5. The debtor in accordance with Fed. R. Bank. P. 1019(5) shall, within fourteen (14) days of the entry of this notice, file: (a) a separate schedule listing all unpaid debts incurred after commencement of the Chapter 13 case, including the name and address of each creditor, (b) a schedule of all properties acquired after the commencement of the Chapter 13 case but before the entry of the order of confirmation and entry of this order of conversion (if applicable), (c) a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the Chapter 13 case, but before the entry of this conversion order.

6. Any creditor who has filed a proof of claim in the Chapter 13 case is not required to file a proof of claim in the converted Chapter 7 case. Other creditors must file a proof of claim on or before July 23, 2014.

7. The debtor(s) shall serve a copy of the Statement of Social Security Number(s) (Form B21 Official Form 21) on the newly appointed trustee within seven(7) days of the entry of this notice.

Dated March 14, 2014.

    For the Court
    Lee Ann Bennett, Clerk of Court
    300 North Hogan Street Suite 3–350
    Jacksonville, FL 32202

Copies furnished to:
All Interested Parties